PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kenneth James Webb                    Cr.: 03-00380-001

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 03-09-99

Original Offense: Conspiracy to Distribute Cocaine Base

Original Sentence: 54 months imprisonment; 5 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11-27-02

## PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.

[X]  To modify the conditions of supervision as follows.  The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work over a period of one week or less for every week that he is not gainfully employed or enrolled in schooling or vocational training on a full-time basis, from the date this petition is granted until the expiration of the term of supervised release. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

Despite the instructions and referrals of the probation officer, the offender has been without gainful, legitimate employment since November 2004, when he quit his job and did not notify his probation officer within 72 hours of this change in employment. Furthermore, he has not been excused from working for schooling, training, or other acceptable reasons.

Respectfully submitted,

By:  Donald L. Martenz, Jr.
U.S. Probation Officer
Date: November 11, 2005

THE COURT ORDERS:

[ ✓ ]  The Modification of Conditions as Noted Above
[   ]  The Extension of Supervision as Noted Above
[   ]  No Action
[   ]  Other

_____
Signature of Judicial Officer

_____ 12-2-05 _____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work over a period of one week or less for every week that he is not gainfully employed or enrolled in schooling or vocational training on a full-time basis, from the date this petition is granted until the expiration of the term of supervised release. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____
          U.S. Probation Officer

Signed: _____
         Probationer or Supervised Releasee
         Kenneth James Webb

_____
          DATE